THE PEOPLE ex rel. WILLIAM T. CAGNEY, Appellant, *v.* CHARLES. F. MACLEAN et al., Comrs., etc., Respondents.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 6, 1890, which dismissed a writ of certiorari and affirmed proceedings. by which the relator was removed from office as patrolman in the police department of the city of New York.

*Louis J. Grant* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.